**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

RICHARD HARRIS,                          :
                                                  Civil Action No. 09-6071 (RBK)
         Petitioner,           :

         v.                    :     **ORDER**

WARDEN DONNA ZICKEFOOSE,         :

         Respondent.           :     **CLOSED**


    For the reasons set forth in the Opinion filed herewith, IT IS on this   7th   day of   December  , 2009,

    ORDERED that, within 30 days after entry of this Order, Petitioner shall pay the filing fee of $5; and it is further

    ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies; and it is further

    ORDERED that the Clerk of the Court shall send to the U.S. Attorney for the District of New Jersey, via electronic notice or U.S. mail, a courtesy copy of the Petition, this Order, and the accompanying Opinion; and it is further

    ORDERED that the Clerk of the Court shall close the Court's file in this matter.


                                                      s/Robert B. Kugler
                                                      Robert B. Kugler
                                                      United States District Judge